IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01912-MEH

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,

    Plaintiff,

v.

LOCAL UNION 578 LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, and EUFRACIO R. ORTIZ, JR.,

    Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

The Stipulated Motion to Dismiss This Action, apparently filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed October 2, 2015; docket #9] is **granted**. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 5th day of October, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge